# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| THOMAS GADDIS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:21-cv-00590-ACA-SGC |
| JUDICIARY TRIBUNALS COMMITTEE LEADERS, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On May 5, 2021, the magistrate judge entered a report recommending that the court dismiss Petitioner Thomas Gaddis' 28 U.S.C. § 2254 petition for a writ of habeas corpus because he had not exhausted any state court remedies and in any event, most of his claims were not cognizable in habeas, but were instead civil rights claims that he should have brought under 42 U.S.C. §§ 1983 or 1985.  (Doc. 2). Although the magistrate judge advised Mr. Gaddis of his right to file specific written objections to the report and recommendation by May 19, 2021 (*id.* at 8), Mr. Gaddis has not submitted objections, or any other response, within the prescribed time.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** her recommendations.  In accordance with the recommendations, the court **DISMISSES** Mr. Gaddis' § 2254 petition **WITHOUT PREJUDICE** as unexhausted.  Furthermore, because the

petition does not present issues that are debatable among jurists of reason, the court **DENIES** a certificate of appealability. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), *Rules Governing § 2254 Proceedings*.

The court will enter a separate order consistent with this opinion.

**DONE** and **ORDERED** this June 8, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE